Certiorari denied. *John B. Milliken* for petitioners in No. 204. *M. Tellefson* and *Stuart M. Salisbury* for petitioners in No. 205. *Fred N. Howser,* Attorney General of California, and *Walter L. Bowers,* Assistant Attorney General, for respondent. Reported below: 83 Cal. App. 2d 627, 189 P. 2d 489.

No. 241. BLANC *v.* SPARTAN TOOL Co. C. A. 7th Cir. Certiorari denied. *Gordon F. Hook* for petitioner. *Arthur A. Olson* and *Thorley von Holst* for respondent.

No. 252. CHAPMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Michael F. Mulcahy* and *Henry W. Dieringer* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

No. 261. REVERE LAND Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Earl F. Reed* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Irving I. Axelrad* for respondent.

No. 262. MONTANA-DAKOTA UTILITIES Co. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 8th Cir. Certiorari denied. *John C. Benson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter, Lambert McAllister* and *S. W. Jensch* for the Federal Power Commission; and *L. E. Melrin* and *Charles E. Nieman* for the Mondakota Gas Co., respondents.

No. 274. PASADENA RESEARCH LABORATORIES, INC. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.